DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WIDMARK ETIENNE,**
Appellant,

v.

**LUDMILLA ETIENNE,**
Appellee.

No. 4D19-753

[June 11, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael I. Rothschild, Judge; L.T. Case No. FMCE 17-013831.

Samuel D. Lopez of Samuel D. Lopez, P.A., Pembroke Pines, for appellant.

Richard Thierry Champagne of the Champagne Law Group, P.A., Quincy, Massachusetts, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***